UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JANE DOE and JOHN DOE,<br><br>    Plaintiff,<br><br>vs.<br><br>PIERCE COUNTY HOUSING AUTHORITY,<br><br>    Defendant | Case No.: 3:23-cv-05320-TLF<br><br>ORDER GRANTING PLAINTIFFS' MOTION TO PROCEED UNDER PSEUDONYMS |

This matter came before the Court on Plaintiffs' Motion to Proceed Under Pseudonyms. Having considered Plaintiffs' Motion, which is unopposed, and the supporting Declaration of Jane Doe, the Court finds that special circumstances exist in this case that support Plaintiffs' need for anonymity, specifically a history of stalking and domestic violence against Jane Doe and her minor child by the father of the minor child. Threats of "physical harm presents the paradigmatic case for allowing anonymity." *Doe v Kamehameha Sch.*, 596 F.3d. 1036, 1043 n. 9 (9th Cir. 2010). The identity of the Plaintiffs is not central to the issues in this case and Plaintiffs' need for anonymity outweighs the public's interest in knowing the identity of the litigants in this matter. Accordingly, the Court GRANTS Plaintiffs' Motion to Proceed Under Pseudonyms.
  .

DATED this 22nd day of August, 2023 at Tacoma, Washington.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER GRANTING PLAINTIFFS' MOTION TO PROCEED UNDER PSEUDONYMS - 1