1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT,**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| JANE DOE and JOHN DOE, Washington residents,<br><br>Plaintiffs,<br><br>vs.<br><br>PIERCE COUNTY HOUSING AUTHORITY, a public entity,<br><br>Defendant. | NO. 3:23-cv-05320<br><br>**NOTICE OF APPEARANCE OF DEFENDANT PIERCE COUNTY HOUSING AUTHORITY**<br><br>*Clerk's Action Requested* |

TO:CLERK OF THE COURT;

AND TO:ADAM P. KARP and MARCY I. LAHART, Attorneys for Plaintiffs.

YOU, AND EACH OF YOU, will please take notice that the appearance of the Defendant Pierce County Housing Authority is hereby entered in the above entitled action through their undersigned attorneys, SHANE P. BRADY, without waiving any objections under CR 12(b).

You are hereby directed to serve all future pleadings or papers except process upon said attorneys at:

| | |
|---|---|
| NOTICE OF APPEARANCE OF DEFENDANT PIERCE COUNTY HOUSING AUTHORITY - 1<br><br>3:23-cv-05320 | SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC<br>OLYMPIA OFFICEBELLINGHAM OFFICE<br>711 CAPITOL WAY S, STE 6021223 COMMERCIAL ST<br>OLYMPIA, WA 98501BELLINGHAM, WA 98225<br>TEL: (360) 534-9960TEL: (360) 752-2000<br>FAX: (360) 534-9959FAX: (360) 656-5013<br>EMAIL: mail@ssslawgroup.com |

Simmons Sweeney Freimund Smith Tardif PLLC
1223 Commercial Street
Bellingham, WA 98225
Phone: 360-752-2000
Fax: 360-656-5013

DATED this 5th day of September, 2023.

SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC

_____
SHANE P. BRADY, WSBA #34003
SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
1223 Commercial St., Bellingham, WA 98225
shane@ssslawgroup.com
Phone: (360) 752-2000 / Fx. 360-656-5013
*Attorneys for Defendant Pierce County Housing Authority*

NOTICE OF APPEARANCE OF DEFENDANT PIERCE COUNTY HOUSING AUTHORITY - 2

3:23-cv-05320

SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE
711 CAPITOL WAY S, STE 602
OLYMPIA, WA 98501
TEL: (360) 534-9960
FAX: (360) 534-9959

BELLINGHAM OFFICE
1223 COMMERCIAL ST
BELLINGHAM, WA 98225
TEL: (360) 752-2000
FAX: (360) 656-5013

EMAIL: mail@ssslawgroup.com

# PROOF OF SERVICE

I certify that I filed the foregoing with the Court and caused to be delivered to the below parties or their counsel of record a copy of this document addressed as follows:

**Counsel for Plaintiffs:**

Adam P. Karp, Esq.
Animal Law Offices, PLLC
114 W. Magnolia St., Suite 400-104
Bellingham, WA 08225
Office: (888) 430-0001
Facsimile: (833) 878-6835
Email: adam@animal-lawyer.com

☒ Via ECF
☒ Via Email
☐ Via U.S. Mail

Marcy I. LaHart, Esq.
249 SE Tuscawilla Rd.
Micanopy, FL 32667
Telephone: (352) 224-5699
Facsimile: (888) 400-1464
Email: marcy@floridaanimallawyer.com

☒ Via ECF
☒ Via Email
☐ Via U.S. Mail

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 5th day of September, 2023, at Bellevue, WA.

_____
Sunaina Aswath, Paralegal

NOTICE OF APPEARANCE OF DEFENDANT PIERCE COUNTY HOUSING AUTHORITY - 3

3:23-cv-05320

SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE
711 CAPITOL WAY S, STE 602
OLYMPIA, WA 98501
TEL: (360) 534-9960
FAX: (360) 534-9959

BELLINGHAM OFFICE
1223 COMMERCIAL ST
BELLINGHAM, WA 98225
TEL: (360) 752-2000
FAX: (360) 656-5013

EMAIL: mail@ssslawgroup.com